447 F.2d 151
 Joe Guzman GARCIA, Petitioner-Appellant,
v.
Dr. George J. BETO, Director, Texas Dept. of Corrections,
Respondent, Appellee.
 No. 71-2190 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 Sept. 13, 1971.
 
 Joe Guzman Garcia pro. se.
 Crawford Martin, Atty. Gen. of Texas, Dunklin Sullivan, Asst. Atty. Gen., Austin, Tex., for respondent-appellee.
 Appeal from the United States District Court for the Western District of Texas; Dorwin W. Suttle, District Judge.
 Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966